

The Library has opened access to some reading rooms by appointment only. More. Library buildings otherwise remain closed to the public. More.



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = TX0008760971
Search Results: Displaying 1 of 1 entries



*Advanta-STAR Consumer Research; published updates from 11/1/2018 to...*

| | |
|---:|---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TX0008760971 / 2019-01-25 |
| **Application Title:** | Group registration for automated database titled Advanta-STAR Consumer Research; published updates from 11/1/2018 to 12/31/2018; representative date: 12/31/2018; revised daily, weekly, and monthly. |
| **Title:** | Advanta-STAR Consumer Research; published updates from 11/1/2018 to 12/31/2018; representative date: 12/31/2018; revised daily, weekly, and monthly. |
| **Description:** | Print material and DVD. |
| **Copyright Claimant:** | Advanta-STAR Automotive Research Corporation Of America. Address: 83337 Shepherd Lane, Folsom, LA, 70437. |
| **Date of Creation:** | 2018 |
| **Date of Publication:** | 2018-12-31 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Advanta-STAR Automotive Research Corporation Of America, employer for hire. Authorship: revised and updated compilation of database material; revised text, material, and images; new text, material, and images. |
| **Previous Registration:** | 2015, TX 8-420-496; TX8-553-076 (See also application fo. |
| **Pre-existing Material:** | previously registered and previously published database material, including text, images and material. |
| **Basis of Claim:** | revised and updated compilation of database material, which is generally revised and updated at least monthly; revised text, material, and images; and new text, material, and images. |
| **Copyright Note:** | Regarding special handling request: Claim upgraded for special handling per request received on 8/5/2019 due to pending or prospective litigation. Registration decision and certificate issued on 8/14/2019. |
| **Names:** | Advanta-STAR Automotive Research Corporation Of America |



Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page |
Library of Congress Home Page



The Library has opened access to some reading rooms by appointment only. More. Library buildings otherwise remain closed to the public. More.



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = TX0008761015
Search Results: Displaying 1 of 1 entries



***Advanta-STAR Consumer Research; published updates from 8/1/2018 to...***

| | |
|---:|:---|
| **Type of Work:** | Computer File |
| **Registration Number / Date:** | TX0008761015 / 2018-11-21 |
| **Application Title:** | Group registration for automated database titled Advanta-STAR Consumer Research; published updates from 8/1/2018 to 10/31/2018; representative date: 10/31/2018; revised daily, weekly, and monthly. |
| **Title:** | Advanta-STAR Consumer Research; published updates from 8/1/2018 to 10/31/2018; representative date: 10/31/2018; revised daily, weekly, and monthly. |
| **Description:** | Print material and DVD. |
| **Copyright Claimant:** | Advanta-STAR Automotive Research Corporation of America. Address: 83337 Shepherd Lane, Folsom, LA, 70437. |
| **Date of Creation:** | 2018 |
| **Date of Publication:** | 2018-10-31 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Advanta-STAR Automotive Research Corporation of America, employer for hire; Domicile: United States. Authorship: revised and updated compilation of database material; revised text, material, and images; new text, material, and images. |
| **Previous Registration:** | 2015, TX 8-420-496. |
| **Pre-existing Material:** | previously registered and previously published database material,inluding text, images and material. |
| **Basis of Claim:** | revised and updated compilation of database material which is revised and updated at least monthly; revised text, material, and images; and new text, material,and images. |
| **Names:** | Advanta-STAR Automotive Research Corporation of America |



Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page