**Exhibit C**

**From:** Vincent Byrd
**Sent:** Friday, December 6, 2019 3:31 PM
**To:** 'Stephen.Dorvee@AGG.com' <Stephen.Dorvee@AGG.com>
**Subject:** South Bay Ford

Hi Stephen –

My name is Vince Byrd.  I'm the General Counsel at Search Optics, a digital marketing company that provides certain services to South Bay Ford.  South Bay reached out to us regarding an alleged copyright infringement issue that you are alleging on behalf of your client Advanta-STAR.  I am looking into the manner and should have a full response to you next week.

Hope you have a nice weekend.


Vince Byrd, Chief Administrative Officer & General Counsel
Office: 858.412.1443
searchoptics.com



