

Atlanta Office
171 17th St. NW, Suite 2100
Atlanta, GA 30363
Direct Phone: 404.873.8680
Direct Fax: 404.873.8681
Email: Stephen.Dorvee@AGG.com

November 26, 2019

**VIA CERTIFIED MAIL**

Essig-Uftring Inc. d/b/a Essig Motors
c/o Jimi Essig, its registered agent
709 S. College Ave.
Aledo, IL 61231

Re:   Advanta-STAR Automotive Research Corporation v. Essig-Uftring Inc. d/b/a Essig Motors – Copyright Infringement

To Whom It May Concern:

This law firm represents Advanta-STAR Automotive Research Corporation ("Advanta-STAR"). We are writing to demand immediate resolution of a very serious matter involving Essig-Uftring Inc. d/b/a Essig Motors ("Essig Motors")'s theft and subsequent commercial use of Advanta-STAR's intellectual property.

Since 1991, Advanta-STAR has published and licensed proprietary materials containing reviews, comparisons, and other information regarding automobiles and their features ("the Content"). Licensed dealerships use the Content to help customers make informed purchasing decisions, train and inform sales staff regarding competitive models, and drive successful search engine optimization (SEO) and other marketing campaigns. Advanta-STAR has obtained copyright registrations for all of these materials.

Recently, representatives of Advanta-STAR discovered that a webpage of the Essig Motors website contained a copy of Advanta-STAR's 2019 comparison of the GMC Terrain and the Jeep Compass (the "Infringing Webpage"). The text and information on the Infringing Webpage contain entire paragraphs and sections that are identical to the content of Advanta-STAR, except the copyright notice and all identification of Advanta-STAR were removed. A copy of the Infringing Webpage is attached hereto as Exhibit "A." It appears that rather than buy, Essig Motors has willfully copied Advanta-STAR's comparison.

Essig Motors has used the Content on the Infringing Webpage both to educate its sales personnel and to provide information to its customers and prospective customers. It has also used



Essig-Uftring Inc.
November 26, 2019
Page 2

the Content to raise its standings and rank in search engine results, thus driving much more traffic to its website.

Essig Motors made the unlawful copies of the Content with full knowledge that such Content was owned by Advanta-STAR and subject to copyright protection. This fact is plainly shown by the fact that Essig Motors *removed Advanta-STAR's copyright notices* from the content it copied.

We have prepared a lawsuit with claims for copyright infringement, illegal removal of copyright notices, violations of state and federal civil RICO statutes, and conversion. The potential liability for these claims is significant. As an example, under the United States Copyright Act, a plaintiff may elect to recover its actual damages or statutory damages. Where, as here, the infringement is willful, statutory damages may be increased to $150,000 *per work infringed*. Here at least one work has been infringed, thus subjecting Essig Motors to a minimum of $150,000 in potential liability. Also, the penalty for the illegal removal of a copyright notice can be as high as $25,000. The federal civil RICO statute allows the recovery of three times actual damages. In addition, both the Copyright Act and civil RICO statute permit the recovery of attorneys' fees and expenses.

Please note we will assert these claims not only against Essig Motors, but also individually against those employees and officers who directed and/or participated in the infringements.

While we have completed our draft of the Complaint and are prepared to file it, we wanted to provide you with a final opportunity to resolve this matter. In order to avoid litigation, Essig Motors must fully and unequivocally agree to the following demands by no later than December 9, 2019 and fulfill the demands by December 16, 2019. The demands are:

1. Essig Motors must destroy or return all Content of Advanta-STAR;

2. Essig Motors must identify the Content that it used, where and in what form it was used, and the time periods during which it was used;

3. Essig Motors must identify the manner by which it obtained the Content, identify the employees or other person(s) who obtained the Content, and those that provided it and provide the date(s) when the Content was obtained;

4. Essig Motors will provide us with the identities of anyone else that it knows has copied Advanta-STAR materials;

5. Essig Motors must certify the above disclosures with a sworn declaration;

6. Essig Motors must agree to never illegally copy or use Advanta-STAR's materials again; and

7. Essig Motors must pay Advanta-STAR the amount of $50,000 or

14018404v2

**Exhibit D.002**



Essig-Uftring Inc.
November 26, 2019
Page 3

    8.    In lieu of the provisions of paragraph 7 above, Essig Motors can agree to a monthly license and Advanta-STAR's content for a monthly fee of $389 for a term of 72 months (six years) and an initial payment of $15,000 to cover the legal fees, investigative expenses, and your prior, unpaid use of Advanta-STAR's materials.

In closing, we want to highlight the egregiousness of your company's conduct. Your company stole Advanta-STAR's intellectual property and did so for its own profit. We understand that the product Advanta-STAR sells is information. Nevertheless, the theft of Advanta-STAR's Content is no different than the theft of a car or cars from your lot.

Should you not comply with the above demands, rest assured that Advanta-STAR will fully litigate this matter. Please contact us if you have any questions.

                            Sincerely,

                            ARNALL GOLDEN GREGORY LLP

                            Stephen M. Dorvee

SMD:meh

cc:    Withan Lemmon
        Morgan E. M. Harrison, Esq.

14018404v2

**Exhibit D.003**