| | |
|---|---|
| **From:** | Vincent Byrd <vince.byrd@searchoptics.com> |
| **Sent:** | Wednesday, December 18, 2019 3:28 PM |
| **To:** | Dorvee, Stephen M. |
| **Subject:** | RE: South Bay Ford |

Hi Stephen -

I have been forwarded another letter you sent on Advanta-STAR's behalf to Essig Motors regarding content that may have been related to Search Optics services.  We are investigating both allegations and I will be taking the point on both fronts.  Please confirm receipt of this email as I don't believe I heard back from you in response to my email from earlier in the month.

Vince Byrd, Chief Administrative Officer & General Counsel
Office: 858.412.1443
searchoptics.com




**From:** Vincent Byrd
**Sent:** Friday, December 6, 2019 3:31 PM
**To:** 'Stephen.Dorvee@AGG.com' <Stephen.Dorvee@AGG.com>
**Subject:** South Bay Ford

Hi Stephen –

My name is Vince Byrd.  I'm the General Counsel at Search Optics, a digital marketing company that provides certain services to South Bay Ford.  South Bay reached out to us regarding an alleged copyright infringement issue that you are alleging on behalf of your client Advanta-STAR.  I am looking into the manner and should have a full response to you next week.

Hope you have a nice weekend.

Vince Byrd, Chief Administrative Officer & General Counsel
Office: 858.412.1443
searchoptics.com




**Exhibit E**