UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Advanta-Star Automotive Research Corporation of America, <br> *plaintiff,* <br> versus <br> Search Optics, LLC, et al. <br> *defendants.* | Civil Action No. 2:21-cv-01174 <br> Section  , Division <br> District Judge <br> Magistrate Judge <br> **Jury Trial Requested** |

**Rule 7.1 Statement**

Plaintiff Advanta-Star Automotive Research Corporation of America ("Advanta-Star") discloses the following:

1) Advanta-Star is a non-governmental corporation;

2) Advanta-Star has no parent corporation; and

3) there is no publicly held corporation which holds an ownership interest in Advanta-Star of greater than 10%; and

4) this information is current and valid as of June 16, 2021.

Respectfully submitted,

 */s/ Andrew T. Lilly*
**Andrew T. Lilly (La. 32559)**
4907 Magazine Street
New Orleans, Louisiana 70115
t: (504) 812-6388
f: (504) 539-4180
e: andrew@atlpllc.com

and

**Stephen M. Dorvee (Ga. 226989)**[1]
stephen.dorvee@agg.com
**Morgan E.M. Harrison (Ga. 470983)**[2]
morgan.harrison@agg.com
**Becki C. Lee (Ga. 167852)**[3]
becki.lee@agg.com
Arnall Golden Gregory, LLP
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363
t: (404) 873-8500
f: (404) 873-8501

*Attorneys for Advanta-Star Automotive Research Corporation of America*

---

[1] Motion for pro hac vice admission forthcoming.

[2] Motion for pro hac vice admission forthcoming.

[3] Motion for pro hac vice admission forthcoming.